**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000553
23-APR-2021
08:15 AM
Dkt. 69 ODSMR**

NO. CAAP-20-0000553

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JIMMY FILOMENO ENOCENCIO, Plaintiff-Counterclaim
Defendant/Appellant, v.
KAMEHAMEHA SCHOOLS BISHOP ESTATE, AKA: KSBE;
PRESIDENT, OFFICERS, BOARD OF DIRECTORS, TRUSTEES, AND
DOES 1-10 INCLUSIVE; KAMEHAMEHA SCHOOLS-LAND ASSET
DIVISION-HAWAIʻI ISLAND, AKA: KS-LAD-HI NAMELY,
MARISSA HARMON, LEANNE OKAMOTO, ALAPAKI NAHALEʻA,
JAIME WONG, DALE FERGUSTROM, TANYA ANDRADE, KAʻEʻO DUARTE,
NEIL HANNAHS, Defendants-Counterclaimants/Appellees,
and DOES 1-10 INCLUSIVE, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC181000090)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the "Opposition to Appellate Court Upholding Decision Granting Motion to Dismiss" (**Motion**), filed April 5, 2021, by self-represented Plaintiff-Counterclaim Defendant-Appellant Jimmy Filomeno Enocencio (**Enocencio**), which we construe as a second motion to reconsider the court's March 18, 2021 Order Granting Motion to Dismiss Appeal (**Order**), the papers in support, and the record, it appears the Motion is unauthorized. See Hawaiʻi Rules of Appellate Procedure Rule 40(e) ("Only one motion for reconsideration may be filed by any party, unless the court modifies the substance of its opinion, dispositional order, or ruling."). On March 28, 2021,

Enocencio filed a motion to reconsider the Order, which the court denied, and the court has not modified the Order.

Therefore, IT IS HEREBY ORDERED that the Motion is dismissed.

DATED:  Honolulu, Hawaiʻi, April 23, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge